IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                      Civil Case No. 5:04cv407-SPM/AK

**$55,140.00 IN U.S. CURRENCY**

      Defendant.

-----------------------------------------------------------------------------------------------------------------------

### ORDER OF FORFEITURE

Before the Court is the United States' Motion for Entry of Order of Forfeiture seeking the forfeiture to the United States of **$27,570.00 IN U.S. CURRENCY**.

The Court, being fully advised of the premises, finding that the United States has furnished due and legal notice of this proceeding as required by statute; that all persons known to plaintiff with a possible interest in the defendant currency received actual notice of the action together with a copy of the Verified Complaint for Forfeiture in rem and Warrant and Summons for Arrest in rem; that the plaintiff caused public notice of the action and arrest be given by publishing a Public Notice of Action and Arrest on April 6, 2005, in the Holmes County Times, Chipley, Florida, a newspaper of general circulation in the district and county in which this action is pending; that actual notice of the forfeiture action and the arrest, including a copy of the Verified Complaint and Warrant and Summons for Arrest, was provided to Jesus Ruiz through his attorney Jonathan W. Dingus, Esq.;

that Jesus Ruiz has filed a claim and answer in this action; that no one else has filed a claim or answer in this action;  that the time for filing claims and answers has now expired; and that Jesus Ruiz has consented to the forfeiture of **$27,570.00** of the defendant currency, having executed a Stipulation for Compromise Settlement and Consent to Entry of Order of Forfeiture;

IT IS THEREFORE ORDERED AND ADJUDGED that:

1.  All persons other than claimant, Jesus Ruiz, claiming any right, title or interest in the defendant are held in default;

2.   Final Judgment of Forfeiture of the defendant **$27,570.00 IN U.S. CURRENCY** is hereby entered in favor of the United States;

3.  The United States shall return the remaining **$27,570.00 IN U.S. CURRENCY** to Jesus Ruiz through his attorney Jonathan W. Dingus, Esq., forthwith; and

4.   The United States shall dispose of the forfeited  **$27,570.00 IN U.S. CURRENCY** in accordance with Title 21, United States Code, Section 881(e) or other applicable law.

IT IS SO ORDERED this 31st day of October, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge